Utica First Ins. Co. v Cote Agency Inc. (2024 NY Slip Op 02467)

Utica First Ins. Co. v Cote Agency Inc.

2024 NY Slip Op 02467

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, DELCONTE, AND HANNAH, JJ.

393 CA 23-01602

[*1]UTICA FIRST INSURANCE COMPANY, PLAINTIFF-RESPONDENT,
v
COTE AGENCY INC., ET AL., DEFENDANTS, BALDES PROTECTION AGENCY, INC., BALDES PROTECTION AGENCY, INC., DOING BUSINESS AS COTE AGENCY, AND BALDES PROTECTION AGENCY, INC., DOING BUSINESS AS COTE INSURANCE AGENCY, DEFENDANTS-APPELLANTS. 

SULLIVAN & KLEIN, LLP, NEW YORK CITY (ROBERT M. SULLIVAN OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
FARBER BROCKS & ZANA L.L.P., GARDEN CITY (LESTER CHANIN OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered September 21, 2023. The order denied the motion of defendants Baldes Protection Agency, Inc., Baldes Protection Agency, Inc., doing business as Cote Agency, and Baldes Protection Agency, Inc., doing business as Cote Insurance Agency, to dismiss plaintiff's sixth cause of action. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: May 3, 2024
Ann Dillon Flynn
Clerk of the Court